[No. 8734–7–I.   Division One.   June 1, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RONNIE
JAMES BETTIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90367, Robert M. Elston, J., entered April 21,
1980. *Reversed* and *remanded* by unpublished opinion per
Corbett, J., concurred in by Andersen and Durham, JJ.

[No. 8938–2–I.   Division One.   June 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
MORRIS BELLAH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00068–0, Jack P. Scholfield, J., entered
June 6, 1980. *Affirmed* by unpublished opinion per Dur-
ham, J., concurred in by Andersen and Corbett, JJ.

[No. 7797–0–I.   Division One.   June 1, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. PRESTON
LENYARD SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89439, William C. Goodloe, J., entered June
19, 1979. *Reversed* and *remanded* by unpublished opinion
per Corbett, J., concurred in by Andersen and Durham, JJ.

[No. 3886–6–III.   Division Three.   June 2, 1981.]

CARL R. PAINTER, *Appellant,* v. COURTNEY BACH,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Lincoln County, No. 14338, Willard A. Zellmer, J., entered
March 11, 1980. *Affirmed* by unpublished opinion per
Green, J., concurred in by McInturff, C.J., and Roe, J.